JS 44C/SDNY
REV. 4/2014

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
ROBERT L. TEEL, on behalf of himself and all others similarly situated,

**DEFENDANTS**
BANK OF AMERICA CORPORATION, et al.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Louis F. Burke, Esq.
Louis F. Burke PC
460 Park Avenue, 21st Floor, New York, NY 10022; (212) 682-1700

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

7 USC §1, et seq; 7 USC §2; 7 USC §25; Rule 180.1(a); and 15 USC §1; Manipulation of the Foreign Exchange Market

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [x] Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**  No [x]  Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

**TORTS**                                                                                                                                    **ACTIONS UNDER STATUTES**

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY/<br>[ ] 367 HEALTHCARE/<br>PHARMACEUTICAL PERSONAL<br>INJURY/PRODUCT LIABILITY<br>[ ] 365 PERSONAL INJURY<br>PRODUCT LIABILITY<br>[ ] 368 ASBESTOS PERSONAL<br>INJURY PRODUCT<br>LIABILITY | FORFEITURE/PENALTY<br>[ ] 625 DRUG RELATED<br>SEIZURE OF PROPERTY<br>21 USC 881<br>[ ] 690 OTHER | BANKRUPTCY<br>[ ] 422 APPEAL<br>28 USC 158<br>[ ] 423 WITHDRAWAL<br>28 USC 157 | OTHER STATUTES<br>[ ] 375 FALSE CLAIMS<br>[ ] 400 STATE<br>REAPPORTIONMENT<br>[ ] 410 ANTITRUST<br>[ ] 430 BANKS & BANKING<br>[ ] 450 COMMERCE<br>[ ] 460 DEPORTATION |
|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 AIRPLANE | | | | | |
| [ ] 120 | MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | | | |
| [ ] 130 | MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | | | | | |
| [ ] 140 | NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | | | | | |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | | | PROPERTY RIGHTS | [ ] 470 RACKETEER INFLU-<br>ENCED & CORRUPT<br>ORGANIZATION ACT<br>(RICO) |
| [ ] 151 | MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD<br>[ ] 371 TRUTH IN LENDING | | | [ ] 820 COPYRIGHTS<br>[ ] 830 PATENT<br>[ ] 840 TRADEMARK | [ ] 480 CONSUMER CREDIT<br>[ ] 490 CABLE/SATELLITE TV |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE<br>[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | | | | SOCIAL SECURITY | [x] 850 SECURITIES/<br>COMMODITIES/<br>EXCHANGE |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY<br>[ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE<br>[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | LABOR<br>[ ] 710 FAIR LABOR STANDARDS ACT<br>[ ] 720 LABOR/MGMT RELATIONS | [ ] 861 HIA (1395ff)<br>[ ] 862 BLACK LUNG (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID TITLE XVI<br>[ ] 865 RSI (405(g)) | |
| [ ] 160 | STOCKHOLDERS SUITS | | | | | | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 190 | OTHER CONTRACT | | PRISONER PETITIONS<br>[ ] 463 ALIEN DETAINEE<br>[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 740 RAILWAY LABOR ACT<br>[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | FEDERAL TAX SUITS | [ ] 891 AGRICULTURAL ACTS |
| [ ] 195 | CONTRACT PRODUCT LIABILITY | ACTIONS UNDER STATUTES | | | [ ] 870 TAXES (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 196 | FRANCHISE | CIVIL RIGHTS | [ ] 530 HABEAS CORPUS<br>[ ] 535 DEATH PENALTY<br>[ ] 540 MANDAMUS & OTHER | [ ] 790 OTHER LABOR LITIGATION<br>[ ] 791 EMPL RET INC SECURITY ACT (ERISA) | | [ ] 895 FREEDOM OF INFORMATION ACT<br>[ ] 896 ARBITRATION |
| | | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | | | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| REAL PROPERTY | | [ ] 441 VOTING<br>[ ] 442 EMPLOYMENT<br>[ ] 443 HOUSING/ACCOMMODATIONS | PRISONER CIVIL RIGHTS | IMMIGRATION<br>[ ] 462 NATURALIZATION APPLICATION | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 210 | LAND CONDEMNATION | | | | | |
| [ ] 220 | FORECLOSURE | | [ ] 550 CIVIL RIGHTS<br>[ ] 555 PRISON CONDITION<br>[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | [ ] 465 OTHER IMMIGRATION ACTIONS | | |
| [ ] 230 | RENT LEASE & EJECTMENT | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | | | | |
| [ ] 240 | TORTS TO LAND | | | | | |
| [ ] 245 | TORT PRODUCT LIABILITY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | |
| [ ] 290 | ALL OTHER REAL PROPERTY | [ ] 448 EDUCATION | | | | |

Check if demanded in complaint:

[✓] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ unspecified     OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Lorna G. Schofield     DOCKET NUMBER 15 Civ. 1350

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Robert L. Teel: 4275 Executive Square, Suite 200, La Jolla, CA 92037

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See attached

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 6/8/15   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 3 Yr. 1974)
RECEIPT #   Attorney Bar Code # LB4686

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## DEFENDANTS' ADDRESSES

Bank of America Corporation
100 North Tryon Street
Charlotte, NC 28255
Mecklenburg County

Bank of America, N.A.
101 South Tryon Street
Charlotte, NC 28255
Mecklenburg County

Barclays Bank Plc
745 Seventh Avenue
New York, NY 10019
New York County

Barclays Capital Inc.
200 Park Avenue
New York, NY 10166
New York County

Citigroup, Inc.
399 Park Avenue
New York, NY 10022
New York County

Citibank, N.A.
399 Park Avenue
New York, NY 10022
New York County

1

HSBC Holdings plc
8 Canada Square
London E14 5HQ

HSBC Bank plc
8 Canada Square
London E14 5HQ

HSBC North America Holdings Inc.
452 5th Avenue
New York, NY 10018
New York County

HSBC Bank USA, N.A.
1800 Tysons Blvd. Suite 50
McLean, VA 22101
Fairfax County

J.P. Morgan Chase & Co.
270 Park Avenue, 38th Floor
New York, NY 10017
New York County

J.P. Morgan Chase Bank, N.A.
270 Park Avenue, 38th Floor
New York, NY 10017
New York County

The Royal Bank of Scotland Group plc
Gogarburn, PO Box 1000
Edinburgh EH12 1HQ

The Royal Bank of Scotland plc
340 Madison Avenue
New York, NY 10173
New York County

UBS AG
1285 Avenue of the Americas
New York, NY 10019
New York County

UBS Securities LLC
1285 Avenue of the Americas
New York, NY 10019
New York County

3